CO-386
New 10/8/86

# United States District Court
# For the District of Columbia

Electronic Privacy Information Center )
                Plaintiff )
                 )
             vs )    Civil Action No._____
Department of the Treasury )
                Defendant )
                 )
                 )

### CERTIFICATE RULE LCvR 26.1

I, the undersigned, counsel of record for ____Plaintiff_____ certify that to the best of my knowledge and

belief, the following are parent companies, subsidiaries or affiliates of _____N/A_____which have

any outstanding securities in the hands of the public:

____N/A_____

_____

_____

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

484136
_____
BAR IDENTIFICATION NO.

Marcia Hofmann
_____
Print Name

1718 Connecticut Ave. NW Suite 200
_____
Address

Washington,   DC        20009
_____
City          State         Zip Code

(202) 483-1140
_____
Phone Number