IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER<br>1718 Connecticut Avenue NW - Suite 200<br>Washington, D.C. 20009,<br><br>   Plaintiff,<br><br>  v.<br><br>DEPARTMENT OF THE TREASURY<br>1500 Pennsylvania Avenue NW<br>Washington, D.C. 20220,<br><br>   Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 1:05cv02256 PLF<br>)<br>)<br>)<br>)<br>)<br>) |

**ANSWER**

Defendant Department of the Treasury, through undersigned counsel, responds as follows to plaintiff's complaint for injunctive relief:

FIRST DEFENSE

The Internal Revenue Service, and not the Department of the Treasury, is the proper party defendant in this action.

SECOND DEFENSE

FOR ITS FURTHER DEFENSE, defendant Department of the Treasury responds to the numbered paragraphs of plaintiff's complaint for injunctive relief as follows:

  1.  Denies that agency records are being improperly withheld. Defendant admits the remaining allegations contained in paragraph 1 of plaintiff's complaint.

  2.  Admits that, pursuant to 5 U.S.C. § 552(a)(4)(B), this court has both subject matter jurisdiction over this action and personal jurisdiction over the parties, and that venue lies

1388862.1

in this district. Defendant denies the remaining allegations contained in paragraph 2 of plaintiff's complaint.

    3.    Admits.

    4.    Admits.

    5.    Admits.

    6.    Admits.

    7.    Admits.

    8.    Admits.

    9.    Admits.

    10.    Admits.

    11.    Admits.

    12.    Admits.

    13.    Admits.

    14.    Admits.

    15.    Defendant incorporates herein its responses to paragraphs 1 through 14 as if set out in full.

    16.    Denies.

    17.    Admits that plaintiff has exhausted the applicable administrative remedies. Defendant denies that the requested records have been wrongfully withheld.

    18.    Denies.

WHEREFORE, defendant Department of the Treasury, having responded in full to plaintiff's complaint for injunctive relief, prays that this Court enter an order:

1388862.1

A. Dismissing this action with prejudice; and

B. Awarding such other and further relief as is just and proper in the circumstances.

Dated: December 22, 2005.

      /s/ Gerald A. Role
GERALD A. ROLE, D.C. Bar No. 415274
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-0461

Counsel for defendant
DEPARTMENT OF THE TREASURY

OF COUNSEL:

KENNETH L. WAINSTEIN
D.C. Bar No. 451058
United States Attorney
555 4th Street NW
Washington, D.C. 20001
Telephone: (202) 514-7566

1388862.1