IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Case No. 1:05cv02256 PLF |
| DEPARTMENT OF THE TREASURY, ) ) | |
| Defendant. ) | |

**DEFENDANT'S MOTION FOR EXTENSION OF TIME
IN WHICH TO FILE MOTION FOR SUMMARY JUDGMENT**

Defendant respectfully moves this Court for an order modifying the briefing schedule adopted by the Court on February 10, 2006. Specifically, defendant asks that it be given until June 16, 2006, in which to file its motion for summary judgment.

STATEMENT OF POINTS AND AUTHORITIES

1.	Plaintiff's complaint, an action under the Freedom of Information Act, 5 U.S.C. § 552, was filed on November 21, 2005.

2.	Defendant filed its answer on December 22, 2005.

3.	By Order entered on Feburary 10, 2006, the Court directed defendant to file a motion to dismiss, or, in the alternative, a motion for summary judgment, on or before April 10, 2006.

4.	Defendant has not completed its search for documents responsive to plaintiff's FOIA requests. The non-exempt responsive documents which have been located will be produced to plaintiff within two weeks.

5.     Defendant will produce any declarations it would use in support of its motion for summary judgment to plaintiff by May 19, 2006.  This may make it possible for the parties to resolve or narrow any issues about the search for documents or the exemptions being asserted without the Court's intervention.

Pursuant to L.Cv.R. 7(m), the undersigned consulted with plaintiff's counsel on April 4, 2006 about this motion.  Plaintiff does not oppose the relief being sought.

A proposed order granting the requested relief is being filed with this motion.

Dated: April 4, 2006.

                            Respectfully submitted,

                            /s/ Gerald A. Role
                            GERALD A. ROLE
                            D.C. Bar No. 415274
                            Trial Attorney, Tax Division
                            United States Department of Justice
                            P.O. Box 227
                            Ben Franklin Station
                            Washington, D.C. 20044
                            Telephone: (202) 307-0461

                            *Counsel for defendant*

OF COUNSEL:

KENNETH L. WAINSTEIN
United States Attorney