IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 1:05cv02256 PLF |
| DEPARTMENT OF THE TREASURY, | ) ) | |
| Defendant. | ) | |

**ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME IN WHICH TO FILE MOTION FOR SUMMARY JUDGMENT**

Upon consideration of defendant's motion for extension of time in which to file its motion for summary judgment, the reasons therefor, and plaintiffs' lack of opposition thereto, the Court has determined that the motion should be, and therefore is, GRANTED. It is therefore

ORDERED that defendant file its motion for summary judgment on or before June 16, 2006. Dated this _____ day of April, 2006.

PAUL L. FRIEDMAN
United States District Judge