IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 1:05cv02256 PLF<br>) |
| DEPARTMENT OF THE TREASURY, | )<br>) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties stipulate to dismissal of this action with prejudice, with each party to bear its own fees and costs.

Dated:  May26, 2006.


 /s/ Marcia Hoffman
MARCIA HOFMANN
DC Bar No. 484136
Electronic Privacy Information Center
1718 Connecticut Avenue, N.W.
Suite 200
Washington, D.C.  20009
Telephone: (202) 483-1140
Fax: (202) 483-1248
E-mail: hofmann@epic.org

Attorney for plaintiff
ELECTRONIC PRIVACY INFORMATION CENTER

 /s/ Gerald A. Role
GERALD A. ROLE
DC Bar No. 415274
Trial Attorney, Tax Division
United States Department of Justice
Post Office Box 227
Washington, D.C.  20044
Telephone: (202) 307-0461
Fax: (202) 514-6866
E-mail: gerald.a.role@usdoj.gov

Attorney for defendant
UNITED STATES OF AMERICA
DEPARTMENT OF THE TREASURY